Cite as 2025 Ark. 224

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADMINISTRATIVE PLANS FOR DISTRICT COURTS | **Opinion Delivered:** December 18, 2025 |

## PER CURIAM

Pursuant to Administrative Order No. 18, administrative plans have been submitted by all judicial districts. The court has carefully considered each plan and, upon review, believes the following plans generally meet the requirements of Administrative Order No. 18: First District, Second District, Fourth District, Fifth District, Sixth District – Greenwood District, Tenth District, Eleventh District, Thirteenth District, Sixteenth District, Seventeenth District, Nineteenth District, Twentieth District, Twenty-First District, Twenty-Sixth District, Twenty-Eighth District, Thirtieth District, Thirty-Second District, Thirty-Fourth District, Thirty-Sixth District, Thirty-Seventh District, Thirty-Eighth District, Thirty-Ninth District, and Fortieth District.

All approved administrative plans are effective January 1, 2026.

Pursuant to Administrative Order No. 18, for the courts with administrative plans that have not yet been approved, the plans currently in effect shall remain in full force until new plans are approved.